# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG CORPORATION, et al.,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HUANG XIAOWEN DBA TOP-UUSHOP, et al.,<br><br>　　　　　Defendants. | Case No. 3:16-cv-1162-JLS-NLS<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF N&K TRADING'S MOTION TO DISMISS**<br><br>(Dkt. No. 133) |

Before the Court is Plaintiffs' and Defendant N&K Trading, Inc.'s Joint Motion to Stay Discovery Pending Resolution of N&K Trading's Motion to Dismiss. (Dkt. No. 133.) N&K Trading argues a stay of discovery is warranted because the motion to dismiss is potentially dispositive and, if granted, would dismiss Plaintiffs' claims against it. (Id. at 2.) Plaintiffs strongly disagree that N&K Trading's motion has any likelihood of success, but argues a stay is nonetheless warranted because it will conserve the parties' resources. (Id. at 3.)

Courts have broad discretionary power to control discovery. *See Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). A pending dispositive motion by itself is not enough to justify a stay of discovery; however, stays may be appropriate when jurisdiction, venue or immunity are at issue. *Ciuffitelli v. Deloitte & Touche LLP*, 2016 U.S. Dist. LEXIS 163546, *14-*16 (D. Or. Nov. 28, 2016). Courts may also

employ different methods and evaluate factors to determine whether a stay is appropriate.  *See Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 (D. Nev. 2011).

In considering the parties' arguments and evaluating factors relevant to the present inquiry, the Court finds good cause to issue an order staying discovery.  The Court took a preliminary peek at N&K's pending motion to dismiss, and notes that the motion raises challenges to personal jurisdiction.  Additionally, given Plaintiffs' and N&K's representations that they are the only remaining active litigants in the case because the rest have either defaulted or settled, a stay on discovery would not appear to affect any other parties.  A stay of discovery will also conserve the parties' resources, and Plaintiffs state they would not be prejudiced by a stay because they may immediately resume discovery if N&K Trading's motion is denied.

Accordingly, the Court **GRANTS** the parties' joint motion.  It is **ORDERED** that discovery is **STAYED** pending a ruling on N&K Trading, Inc.'s Motion to Dismiss.  The parties must contact the undersigned's chambers within three days of a ruling to discuss whether any dates and deadlines in the scheduling order need to be reset.

**IT IS SO ORDERED**.

Dated:  February 23, 2017

Hon. Nita L. Stormes
United States Magistrate Judge