WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
Joseph T. Ergastolo (SBN 137807)
jte@wlelaw.com
Andrew E. Schouten (SBN 263684)
aschouten@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA 92101
(619) 231-4844; Fax: (619) 231-6710

Mark Sommers (*pro hac vice*)
mark.sommers@finnegan.com
Naresh Kilaru (*pro hac vice*)
naresh.kilaru@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel.: (202) 408-4000; Fax: (202) 408-4400

Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel.: (650) 849-6600; Fax: (650) 849-6666

Attorneys for Plaintiffs LG Corporation,
LG Electronics Inc., and LG Electronics
MobileComm U.S.A., Inc.

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HUANG XIAOWEN DBA TOP-UUSHOP, et al., <br><br> Defendants. | Case No. 3:16-cv-1162-JLS-NLS <br><br> **PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR ATTORNEYS' FEES** |

1    Pursuant to the Court's Order (Dkt. 145), Plaintiffs LG Corporation, LG

2   Electronics, Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively,

3   "Plaintiffs" or "LG") submit the following supplemental arguments regarding the

4   reasonableness of their attorneys' fees in this District.

5    "Generally, when determining a reasonable hourly rate, the relevant community

6   is the forum in which the district court sits." *Camaco v. Bridgeport Fin., Inc.*, 523

7   F.3d 973, 979 (9th Cir. 2008).  Rate determinations in other cases, among other

8   things, evidence the prevailing market rate.  *United Steelworkers of Am. v. Phelps*

9   *Dodge Corp.*, 896 F.2d 403, 407 (9th Cir. 1990).  Courts in this District and elsewhere

10  also rely on industry surveys when determining the reasonable hourly rate.  *See*, *e.g.*,

11  *Flowrider Surf, Ltd. v. Pac. Surf Designs, Inc.*, No. 15-cv-1879-BEN (BLM), 2017

12  WL 2212029, at *3 (S.D. Cal. May 18, 2017) (relying on the 2016 Real Rate Report).

13  And, while based on the Washington, D.C. legal market, courts in this District have

14  also relied on the Laffey Matrix (in addition to other local evidence) to support

15  attorneys' fee awards.  *See*, *e.g.*, *Reed v. 1-800 Contacts, Inc.*, No. 12-cv-02359-JM

16  (BGS), 2014 WL 29011, at *9 (S.D. Cal. Jan. 2, 2014) (finding that the Laffey Matrix

17  "lends . . . further credibility" to counsel's hourly rates); *Long v. Stanley Black &*

18  *Decker, Inc.*, No. 14-cv-1246-JLS (BGS), 2015 WL 1874650, at *5 (S.D. Cal. Apr.

19  23, 2015) (Sammartino, J.) (this Court finding the Laffey Matrix "persuasive" even

20  though it "does not address *this community* specifically") (emphasis in original).

21   As detailed in LG's original motion, when factoring in LG's fee arrangement

22  with its counsel, Finnegan attorneys effectively billed between $114.40 and $783.20

23  per hour.  These rates are commensurate with other attorneys' fee awards in this

24  District and with the prevailing market rates for intellectual property attorneys in San

25  Diego, California.  According to the AIPLA 2015 Report of the Economic Survey (the

26  "AIPLA Survey"), the hourly rate for intellectual property partners with 25-34 years

27

28

PLS.' SUPP. MEM. OF POINTS AND AUTHORITIES
ISO MOTION FOR ATTORNEYS' FEES
Case No. 3:16-cv-1162-JLS-NLS

1   of experience ranges from $331 (10th percentile) to $870 (90th percentile).[1]  (AIPLA

2   Survey, p. I-25.) [2]  For intellectual property partners with 15-24 years of experience,

3   billing rates range from $300 (10th percentile) to $692 (90th percentile).  (*Id.*)

4   According to the 2016 Real Rate Report, the median billing rates in 2015 for

5   intellectual property partners in San Diego was $585.04-$727.50.  *See Flowrider Surf*,

6   2017 WL 2212029, at *3.

7          Here, Finnegan partners billed between $647 and $783, for an average of $695.

8   Courts in this District have found comparable, and higher, rates reasonable.  In a

9   recent patent case, the court approved billing rates of $850-$895 for lead counsel, a

10  partner with over twenty-five years of intellectual property litigation experience, and

11  $725 for a partner with approximately fifteen years experience.  *Zest IP Holdings,*

12  *LLC v. Implant Direct Mfg., LLC*, No. 10-cv-0541-GPC (WVG), 2014 WL 6851612,

13  at *5-6 (S.D. Cal. Dec. 3, 2014); *see also Zest*, No. 10-cv-0541-GPC (WVG), Dkt.

14  325-1 (Decl. of Lisa Ferri detailing the experience level of the attorneys involved in

15  the fee request).  The partner rates found reasonable in *Zest* are comparable to

16  Finnegan's rate of $850-$890 for its lead counsel, Mark Sommers, and $735-$800 for

17  Elizabeth Ferrill, Naresh Kilaru, and Ningling Wang—all partners with similar

18  experience to those in *Zest*.  (*See* Decl. of Mark Sommers ("Sommers Decl."), Dkt.

19  136-2, ¶¶ 3-4, 6-7.)  When factoring in LG's fee arrangement, Finnegan's partner rates

20  of $647-$783 are lower than those previously approved in *Zest*.  Finnegan's average

21  partner rate ($695) is also significantly lower than the $775 average found reasonable

22  in *Zest*.  2014 WL 6851612, at *6.

23  ────────────────────

24  [1] While this is the most recent version of the report available to date, it is based on
    data from 2014 and thus does not account for rate increases over the past two years or
25  general inflation.

26  [2] LG has not submitted a copy of the survey with this filing due to the dissemination
    restrictions placed on the read-only copy available for download by AIPLA members
27  at http://www.aipla.org/learningcenter/library/books/econsurvey/2015Economic
    Survey/Pages/default.aspx.
28

Finnegan's effective partner billing rates are also within the median range of billing rates in 2015 for intellectual property partners in San Diego ($585.04-$727.50).  *See Flowrider Surf*, 2017 WL 2212029, at *3.  Only Mr. Sommers' rate falls outside this range.  Mr. Sommers' rate of $783 is nevertheless reasonable, as it is within the range of rates charged by intellectual property partners of similar experience ($331-$870) and significantly less than the lead counsel rate previously approved in *Zest*.  *See* 2014 WL 6851612, at *5; AIPLA Survey, p. I-25.  Given Finnegan's position as a leading firm for intellectual property litigation, and Mr. Sommers' expertise in this area, his rate of $783 is reasonable.

As for associates, the AIPLA Survey notes that the hourly rates for associates with fewer than five years experience range from $186 (10th percentile) to $419 (90th percentile).  (AIPLA Survey, p. I-36.)  For associates with five to six years of experience, billing rates range from $228 (10th percentile) to $537 (90th percentile).  (*Id.*)  According to the 2016 Real Rate Report, the median billing rate in 2015 for intellectual property associates in San Diego was $413.80.  *See Flowrider Surf*, 2017 WL 2212029, at *3.

Here, Finnegan associates billed between $370 and $488, for an average of $415.  These rates are similar to rates previously found reasonable in this District.  For example, the court in *Zest* approved billing rates of $565 for an associate with four to five years experience and $360-$420 for an associate with two to three years experience.  2014 WL 6851612, at *5-6 (S.D. Cal. Dec. 3, 2014); *see also Zest*, No. 10-cv-0541-GPC (WVG), Dkt. 325-1 (Decl. of Lisa Ferri detailing the experience level of the attorneys involved in the fee request).  The associate rates found reasonable in *Zest* are comparable to Finnegan's rates of $555 for Samuel Eichner (five years experience), $505 for Ms. Smith (four years experience), $460 Ms. Atkins (three years experience), $420 Ms. Bulger (two years experience), and $420 Ms. English (one year experience).  (Sommers Decl., Dkt. 136-2, ¶¶ 5, 8-10.)  When factoring in LG's fee arrangement, Finnegan's associate rates of $370-$488 are lower

3

than those previously approved in *Zest*.  Finnegan's average associate rate ($415) is also significantly lower than the $543 average found reasonable in *Zest*.  2014 WL 6851612, at *6.

Finnegan's $415 average associate billing rate is also within $1 of the median billing rate in 2015 for intellectual property associates in San Diego ($413.80).  *See Flowrider Surf*, 2017 WL 2212029, at *3.  Ms. Atkins', Ms. English's, Ms. Bulger's, and Mr. Eichner's rates are also within the range of rates charged by intellectual property attorneys with similar experience.  (*See* AIPLA Survey, p. I-36 (rates for intellectual property associates with fewer than five years experience range from $186-$419, rates for associates with five to six years experience range from $288 to $537).)  Only Ms. Smith's rate falls outside the AIPLA Survey range.  Her rate of $444 is nevertheless reasonable, as it is significantly less than the $565 rate approved in *Zest* for a similarly experienced associate.  *See* 2014 WL 6851612, at *5-6; *see also Zest*, No. 10-CV-0541-GPC WVG, Dkt. 325-1 (Decl. of Lisa Ferri detailing the experience level of the attorneys involved in the fee request).  The chart below lists each attorney's experience level and billing rate (accounting for LG's fee agreement) and compares these rates to the AIPLA Survey, the 2016 Real Rate Report, and rates previously found reasonable in this District:

| Name<br>Experience<br>Rate | AIPLA Survey<br>(10th -90th<br>percentile) | 2016 Real Rate<br>Report | Rates Found<br>Reasonable in S.D.<br>Cal. |
|---|---|---|---|
| Mark Sommers<br>Partner, 34 years<br>$783 | $331-$870 | $585.04-$727.50 | *Zest*:  $850-$895 for lead counsel, Lisa Ferri; $775 partner average |
| Ningling Wang<br>Partner, 16 years<br>$704 | $300-$692 | $585.04-$727.50 | *Zest*:  $725 for partner Brian Nolan; $775 partner average |
| Naresh Kilaru<br>Partner, 15 years<br>$647 | $300-$692 | $585.04-$727.50 | *Zest*:  $725 for partner Brian Nolan; $775 partner average |

| Name<br>Experience<br>Rate | AIPLA Survey (10th -90th percentile) | 2016 Real Rate Report | Rates Found Reasonable in S.D. Cal. |
|---|---|---|---|
| Elizabeth Ferrill<br>Partner, 10 years<br>$647 | $288-$500 | $585.04-$727.50 | *Zest*:  $725 for partner Brian Nolan and counsel John Molenda; $775 partner average |
| Samuel Eichner<br>Associate, 5 years<br>$488 | $288-$537 | $413.80 | *Zest*:  $565 for associate Neil DuChez with 4-5 years experience; $543 associate average |
| Morgan Smith<br>Associate, 4 years<br>$444 | $186-$419 | $413.80 | *Zest:*  $565 for associate Neil DuChez with 4-5 years experience, $420 for associate Megan Levine with 2-3 years experience; $543 associate average |
| Eleanor Atkins<br>Associate, 3 years<br>$405 | $186-$419 | $413.80 | *Zest*:  $420 for associate Megan Levine with 2-3 years experience; $543 associate average |
| Danielle Bulger<br>Associate, 2 years<br>$370 | $186-$419 | $413.80 | *Zest*:  $360-420 for associate Megan Levine with 2-3 years experience; $543 associate average |
| Sydney English<br>Associate, 1 year<br>$370 | $186-$419 | $413.80 | *Zest*:  $360-420 for associate Megan Levine with 2-3 years experience; $543 associate average |

Two law-student summer associates, Nate Ngerebara and Patrick Rodgers, also billed time on this case.  Their work was billed at $130 and $210 per hour, respectively ($114 and $185 after accounting for LG's fee arrangement).  (Sommers

Decl., ¶ 11, Ex. 4.) While LG has not been able to locate surveys reflecting the rates at which firms similar to Finnegan bill out summer associate work, LG submits that these rates are reasonable when taking into account Finnegan's first-year rates ($370 per hour per LG's fee agreement), Mr. Ngerebara's and Mr. Rodgers' level of experience (law students), and the work they performed (legal research). Given their limited role, Mr. Ngerebara and Mr. Rodgers collectively billed 16.7 hours to this case and only account for $2,297.68 of LG's total fee request. (*See* Sommers Decl., Ex. 4.) Taking the above into account, the rates for Mr. Ngerebara and Mr. Rodgers are reasonable.

In this District, paralegal rates between $125 and $175 are generally approved and have been approved as high as $290. *In re Maxwell Techs., Inc., Derivative Litig.*, No. 13-cv-966-BEN (RBB), 2015 WL 12791166, at *5 (S.D. Cal. July 13, 2015) (awarding $225 paralegal rate to paralegals with "significant experience"); *Brighton Collectibles, Inc. v. Coldwater Creek Inc.*, No. 06-cv-01848-H (POR), 2009 WL 160235, at *4 (S.D. Cal. Jan. 20, 2009) (concluding that $90 to $210 per hour was reasonable for paralegal work in a copyright infringement action); *Flowrider Surf*, 2017 WL 2212029, at *3 (awarding paralegal fees of $150 per hour in a patent infringement case). Here, Finnegan paralegals effectively billed between $184.80 and $308 per hour, when accounting for LG's fee agreement. In light of the prevailing rates in this District, LG is willing to reduce the hourly rate for most of its paralegals (Bradley Moore, Camille Joyner, Gail Selburn, Jan Priefer, Lan Liu, Mary Petite, Travis Smith, and Takisha Diaz) to $175 per hour. A rate of $175 is reasonable for these individuals because Finnegan's paralegals have significant experience in their respective positions, in most cases over ten years. (*See* Sommers Decl., ¶¶ 12-16.) This rate is also commensurate with, or less than, other awards in this District. *See Maxwell Techs.*, 2015 WL 12791166, at *5; *Brighton Collectibles*, 2009 WL 160235, at *4. A rate of $225 is reasonable for Bonita Ford and Randal Holderfield, both of whom have been paralegals for over twenty years. (*See* Sommers Decl., ¶¶ 12, 15.)

1  This District has previously approved a $225 rate for paralegals with "significant

2  experience."  *Maxwell Techs.*, 2015 WL 12791166, at *5.  Adjusting these hourly

3  rates reduces LG's total fee request as follows:  $13,634.34 from Category 1; $17.64

4  from Category 2; $8,175.14 from Category 3; and $482.22 from Category 4, for a

5  total of $22,309.34.

6  For the above reasons, together with the reasons stated in its original motion,

7  LG respectfully requests that the Court grant its motion for attorneys' fees.

8

9  Respectfully submitted,

10  Dated:  July 3, 2017                FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, LLP
11

12  and

13  WRIGHT, L'ESTRANGE & ERGASTOLO

14  Attorneys for Plaintiffs LG Corporation,
    LG Electronics, Inc., and LG
15  Electronics MobileComm U.S.A., Inc.

16

17  By: s/ Morgan E. Smith
         Morgan E. Smith
18       morgan.smith@finnegan.com

19

20

21

22

23

24

25

26

27

28

PLS.' SUPP. MEM. OF POINTS AND AUTHORITIES
ISO MOTION FOR ATTORNEYS' FEES
Case No. 3:16-cv-1162-JLS-NLS