UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG CORPORATION, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>HUANG XIAOWEN DBA TOP-UUSHOP, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 16-CV-1162 JLS (NLS)<br><br>**ORDER CLOSING CASE**<br><br>(ECF No. 150) |

　　　On September 5, 2017, this Court issued an Order Granting Motion for Attorneys' Fees and additionally ordered Plaintiffs to show cause why this case should not be closed. (ECF No. 149, 9–10.) On September 12, 2017, Plaintiffs responded to the Court's Order agreeing that this case should be closed. (ECF No. 150.) Accordingly, the Clerk of the Court **SHALL** close the file.

　　　**IT IS SO ORDERED.**

Dated: September 13, 2017

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge