

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG Electronics MobileComm U.S.A., Inc.; LG Corporation ; LG Electronics, Inc.<br><br>**Plaintiff,**<br>V.<br>See Attachment<br><br>**Defendant.** | Civil Action No.   16cv1162-JLS-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On September 5, 2017, this Court issued an Order Granting Motion for Attorneys' Fees and additionally ordered Plaintiffs to show cause why this case should not be closed. (ECF No. 149, 9–10.) On September 12, 2017, Plaintiffs responded to the Court's Order agreeing that this case should be closed. (ECF No. 150.) Accordingly, the Clerk of the Court SHALL close the file.

**Date:**   9/14/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Lozano
M. Lozano, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   16cv1162-JLS-NLS

Huang Xiaowen doing business as Top Uushop; Enjoy International Trading (Hongkong) Co, Ltd.; Guangzhou City Hosphone Electronic Technology Co., Ltd.; Shenzhen Bingos Trading Co. Ltd; Guangzhou Winding Electronic Technology Co. Ltd.; Guangzhou Winding Electronic Technology Co. Ltd.; Guangzhou Newkingser Electronic Technology Co. Ltd.; Bestcom Wireless Network, Inc.; Shenzhen Little Link Communication Firm; Shenzhen King Flash Electronics Co. Ltd.; Shenzhen Smart Link Communication Co. Ltd.; Doe 1 doing business as Shopmall2014; Ruilin Tech Limited Company; Phuong Nguyen doing business as EZwireless228615; Herman Wheeler, Inc.; Zexiao Lu doing business as Everydaysmile2015; Lam Le doing business as 9Gadget; Yoon Hee Park doing business as Deals-Wow; N&K Trading, Inc. doing business as HI-PC; Does 2-50; Shenzhen ZL Times Technology Co.; Shenzhen Powerfire Technology Co. Ltd. Shenzhen Newsinte Electronics Co. Ltd.;  Shenzhen Leisen Technology Co., Ltd.